# Exhibit F

CLAIM CHART FOR US 8,968,002

| CLAIM | Accused Device |
|---|---|
| What is claimed is: | |
| 1. A dental implant system comprising[1] | |
| a dental implant, | TruAbutment designs, promotes and sells its Accused Products (abutments and locking screws) to be used with a Straumann implant as set forth below: <br><br> Bone Control Design™ allows optimized crestal bone preservation and soft tissue stability. <br><br> CrossFit® connection makes handling easier and provides confidence for component positioning. <br><br> Roxolid® is a unique material with excellent mechanical properties. <br><br> SLActive® surface allows fast and predictable osseointegration. <br><br> Apically tapered implant body design allows underpreparation and supports a high primary stability in soft bone. <br><br> TruAbutment's website identifies Straumann bone-level implants for which its Accused Products are compatible and intended to be used. An example, shown below, identifies the Straumann Bone Level implants using the Small Connection (SC), Narrow |

---

[1] The preamble does not constitute a claim limitation and requires no citation to TruAbutment's Accused Products.

1

| | |
|---|---|
| | Connection (NC) and Regular Connection (RC) CrossFit connection:[2]<br><br><br><br>Similar images advertise TruAbutment's purported "compatibility" with Straumann's bone level implants for the following TruAbutment product categories:<br>• "DS" custom abutments,<br>• "angulated screw channel" line,<br>• An "All-on-T" line of multi-unit abutments,<br>• "T:Loc" overdenture abutments, and<br>• "Tru Base" and Cerec® Ti-Base titanium abutments.[3]<br><br>TruAbutment does admit (as set forth below) in its FDA filings[4] to having reverse engineered the Straumann implant-to-abutment connection and accordingly infringes the claimed implant system by |

---

[2] https://truabutment.com/pages/tru-abutment-ds
[3] https://truabutment.com/pages/angulated-screw-channel; https://truabutment.com/pages/all-on-t; https://truabutment.com/pages/t-loc; https://truabutment.com/pages/tru-scan-body; https://truabutment.com/pages/ti-base; https://truabutment.com/collections/cerec%C2%AE-scan-post-kits/products/cerec%C2%AE-ti-base.
[4] https://www.accessdata.fda.gov/cdrh_docs/pdf17/K172304.pdf (page 7).

2

| | |
|---|---|
| | using a Straumann implant to design, manufacture and test a complete implant system:<br><br>"Dimensional analysis and reverse engineering (OEM implant bodies, OEM abutments, OEM fixation screws) of the implant-to-abutment connection platform were performed, including an assessment of maximum and minimum dimensions of critical design aspects, tolerances, and cross-sectional images of the submission device and compatible implant body as well as the OEM implant abutment and implant body. The testing demonstrated implant to abutment compatibility and has established substantial equivalency of the proposed device with predicate devices. Clinical testing was not necessary to establish substantial equivalency of the device." |
| an abutment | TruAbutment designs, promotes and sells its abutment, set forth below, to be used with a Straumann implant.<br><br>TruAbutment Abutment and Locking Screw[5] |

---

[5] https://cdn.shopify.com/s/files/1/2355/9447/files/ASCAngled_3_print_web.pdf?10469545368638855821

3

| | |
|---|---|
| |   TruAbutment Abutment[6] |
| and a threaded screw, | TruAbutment designs, promotes and sells a screw to be used with its abutment set forth below to be used with a Straumann implant.  TruAbutment Locking Screw[7] |

---

[6] The image set forth herein is a photo of an actual TruAbutment abutment.
[7] The image set forth herein is a photo of an actual TruAbutment screw sold to be used with its abutjent and a Straumann implant.

4

| | |
|---|---|
| the abutment comprising a guiding and lock means | Set forth below is an image of a TruAbutment abutment. Also set forth below in pertinent part is a portion of the FDA filing detailing the lock means associated with the abutment.<br><br><br><br>"The TruAbutment DS system includes patient-specific abutments which are placed into the dental implant to provide support for a prosthetic restoration. The subject abutments are indicated for cemented or "Screw- and Cement-Retained Prosthesis" (SCRP) restorations. The patient-specific abutment and abutment screw are made of Titanium grade Ti-6A1-4V ELI (meets ASTM Standard FI 36). Each patient-specific abutment is supplied with two identical screws which are used for:<br><br>(1) For fixing into the endosseous implant<br>(2) For dental laboratory use during construction of related restoration.<br><br>The abutment is placed over the implant shoulder and mounted into the implant with the provided screw. All manufacturing processes of TruAbutment DS are conducted at the TruAbutment milling center and provided to the authorized end-user as a final patient-specific abutment."[8] |

---

[8] https://www.accessdata.fda.gov/cdrh_docs/pdf17/K172304.pdf (pages 1-2).

| | |
|---|---|
| and the dental implant comprising a complementary guiding and lock means, for associating the abutment to the dental implant, | TruAbutment's FDA filing admits that its abutment is designed to be compatible with a Straumann implant. The Straumann implant, as shown below, has a complementary guiding and lock means as to that of the TruAbutment abutment.<br><br>  |
| the guiding and lock means of the abutment comprising a non-tapered section provided with an anti-rotational means, | The TruAbutment abutment has a non-tapered section with an anti-rotational means<br><br> |
| wherein the anti-rotational means comprises a surface extending radially with respect to a longitudinal axis of the abutment and being adapted to cooperate with the dental implant to | The anti-rotational means comprises a surface extending radially with respect to a longitudinal axis of the abutment<br><br> |

6

| | |
|---|---|
| provide rotational guiding to the abutment upon insertion of the abutment into the dental implant, and | TruAbutment's FDA filing[9] displays the implant-abutment connection for the combination of the TruAbutment DS abutment and Straumann Bone Level Implant. The FDA filing shows an anti-rotational means of the dental implant comprising a surface extending radially with respect to a longitudinal axis of the abutment and being adapted to cooperate with the dental implant to provide rotational guiding to the abutment upon insertion of the abutment into the dental implant.<br><br>TruAbutment's FDA filing shows that its abutment is adapted to cooperate with a Straumann implant<br>  |
| the complementary guiding and lock means of the dental implant comprising a non-tapered section provided with an anti-rotational means, wherein the anti-rotational means of | The Straumann implant has a non-tapered section[10] with an anti-rotational means extending radially with respect to a longitudinal axis of the dental implant |

---

[9] https://www.accessdata.fda.gov/cdrh_docs/pdf17/K172304.pdf (page 3)
[10] https://www.youtube.com/watch?v=Ji3Xa5bx6ig at 0:40.

7

| | |
|---|---|
| the dental implant comprises a surface extending radially with respect to a longitudinal axis of the dental implant and being adapted to cooperate with the abutment to provide rotational guiding to the abutment upon insertion of the abutment into the dental implant, |  |
| wherein the dental implant further comprises a threaded section arranged apically to the non-tapered section of the dental implant, | The Straumann implant has a threaded section apically to the annular platform<br>  |

8

| | |
|---|---|
| the abutment is adapted to axially hold the threaded screw for fastening the abutment to the dental implant, and | TruAbutment's FDA filing states: "The abutments are fixed to the underlying implant with an abutment screw ...."[11]<br><br>TruAbutment's abutment shown below is designed to hold the locking screw, which in turn is fastened to the Straumann implant.<br> |
| wherein threaded engagement of the threaded screw to the dental implant is not possible when the anti-rotational means of the abutment is held in an intermediate position on the anti-rotational means of the dental implant, | Testing has confirmed that when the TruAbutment abutment is in an intermediate position the locking screw cannot engage the threads of the implant.<br>  |
| wherein the intermediate position is a position where the longitudinal axes of the guiding and lock | The combination of the TruAbutment abutment and Straumann implant were tested when the guiding and lock means of those components were in an intermediate position and were coaxial with each other. |

---

[11] https://www.accessdata.fda.gov/cdrh_docs/pdf17/K172304.pdf at 4.

9

| means of the abutment and of the dental implant are coaxial with one another. | |