**EASTMAN MCCARTNEY DALLMANN LLP**
Andrew S. Dallmann (SBN 206771)
Andrew@EMDLLP.com
2603 Main Street, Suite 200
Irvine, California 92614
Telephone: (949) 379-6649
Facsimile: (949) 218-4099

**THE GIMINO LAW OFFICE, APC**
Peter J. Gimino III (SBN 198926)
pgimino@giminolaw.com
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (949) 225-4446
Facsimile: (949-225-4447

Attorneys for Plaintiff Straumann USA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Straumann USA, LLC, a Delaware limited liability company,<br><br>           Plaintiffs,<br><br>   v.<br><br>TruAbutment Inc., a California corporation,<br><br>           Defendants. | Case No. 8:19-cv-00878<br><br>**NOTICE OF ERRATA TO THE DECLARATION OF BRET COCHRAN [DKT 4-8]** |

## NOTICE OF ERRATA

Plaintiff Straumann USA, LLC ("Straumann") respectfully submits this errata to the Declaration of Bret Cochran (the "Declaration"), which was filed on May 9, 2019, at Docket No. 4-8, in order to correct an inadvertent clerical error.  Although the Declaration references two exhibits, Exhibit A and Exhibit B, the exhibits were inadvertently omitted from the Declaration.  Straumann is concurrently filing a corrected Declaration that corrects this mistake and makes no other changes.

| | |
|---|---|
| DATED: May 10, 2019 | Respectfully submitted, |
| | **EASTMAN MCCARTNEY DALLMANN LLP** |
| | By:     /s/ Andrew S. Dallmann<br>Andrew S. Dallmann<br>Attorneys for Plaintiffs<br>Straumann USA, LLC |

# CERTIFICATE OF SERVICE

I certify that on **May 10, 2019,** I electronically filed the foregoing **NOTICE OF ERRATA TO THE DECLARATION OF BRET COCHRAN [DKT 4-8]** with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on **May 10, 2019,** at Irvine, California.

/s/     *Andrew S. Dallmann*