LATHAM & WATKINS LLP
  Roger J. Chin (Bar No. 184662)
  *roger.chin@lw.com*
  Brian Lewis (Bar No. 290727)
  *brian.w.lewis@lw.com*
  Gaurav Asthana (Bar No. 315866)
  *gaurav.asthana@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

  Jennifer L. Barry (Bar No. 228066)
  *jennifer.barry@lw.com*
  Jennifer Koh (Bar No. 238653)
  *jennifer.koh@lw.com*
  David F. Kowalski (Bar No. 265527)
  *david.kowalski@lw.com*
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

*Attorneys for Defendant TruAbutment Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAUMANN USA, LLC, a Delaware limited liability company, Plaintiff, v. TRUABUTMENT INC., a California corporation, Defendant. | Case No. 8:19-cv-00878-JLS-DFM<br><br>**DEFENDANT'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AND CERTAIN DECLARATIONS IN SUPPORT THEREOF** |

Pursuant to Local Rule 79-5.2.2(a), Defendant TruAbutment Inc. hereby applies for an Order permitting the following portions of documents to be filed under seal with this Court:

| Document | Portion Sealed |
|---|---|
| Declaration of Byoungeom Jung ("Jung Declaration") | ¶¶ 3-6 |
| Declaration of John B. Brunski, Ph.D. in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction ("Brunski Declaration") | ¶¶ 30, 52-55, 59-60, 62, 69-70, 72, 75-76, 79-80, 83-84, 86, 95-97, 113 |
| Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction ("Opposition Brief") | Passages on pages 10-12 |

TruAbutment requests that these documents be filed under seal because they contain confidential technical information relating to its products.

The redacted portions of the Jung Declaration contain confidential trade secret information regarding the design and manufacture of TruAbutment's products. Specifically, they includes excerpts from engineering drawings, product design specifications, and a description of manufacturing processes. *See* Jung Decl. ¶¶ 3-6. This information constitutes TruAbutment's confidential and proprietary business information to which the public would not be privy and, if disclosed, could compromise TruAbutment's competitive advantage in the market. Asthana Decl. ¶ 2.

TruAbutment seeks to seal the Brunski Declaration and Opposition Brief only to the extent that they discuss or incorporate confidential technical information from the Jung Declaration. Asthana Decl. ¶¶ 3-4.

The presumption of public access in civil proceedings is overcome by showing the information sought to be withheld creates a risk of significant competitive injury and particularized harm. *Finisar Corp. v. Nistica, Inc.*, No. 13-

CV-03345-BLF(JSC), 2015 WL 3988132, at *5 (N.D. Cal. June 30, 2015). Here, the public disclosure of TruAbutment's confidential engineering and manufacturing specifications could result in severe harm and provide competitors with an unfair advantage. It is well-established that the confidentiality of technical documents provide a compelling reason to file under seal. *See Biovail Labs., Inc. v. Anchen Pharm., Inc.*, 463 F. Supp. 2d 1073, 1083 (C.D. Cal. 2006) (finding compelling reasons to seal records containing "manufacturing information"); *Finjan, Inc. v. Proofpoint, Inc.*, No. 13-cv-05808-HSG, 2016 U.S. Dist. LEXIS 46726, at *7 (N.D. Cal. Apr. 6, 2016) (finding compelling reason to seal "diagrams, technical information, and internal engineering documents related to Defendants' products"); *Brocade Commc'ns Sys., Inc. v. A10 Networks, Inc.*, No. C 10- 3428 PSG, 2013 WL 211115, at *1 (N.D. Cal. Jan. 17, 2013) (granting request to seal "discovery responses disclosing proprietary source code"). "Courts dress technical information with a heavy cloak of judicial protection because of the threat of serious economic injury to the discloser of scientific information." *Safe Flight Instrument Corp. v. Sundstrand Data Control, Inc.*, 682 F. Supp. 20, 22 (D. Del. 1988).

Plaintiff does not oppose the filing of these materials under seal. Asthana Decl. ¶ 6.

This Application is based upon this Application, the Declaration of Gaurav Asthana, any pleadings, files and records in this action, and any further evidence or argument this Court may consider.

Dated: August 23, 2019                                 Respectfully submitted,

                                                       LATHAM & WATKINS LLP


                                                       By */s/ Roger J. Chin*
                                                              Roger J. Chin
                                                       *Attorneys for Defendant*
                                                       *TruAbutment Inc.*