UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   SACV 19-00878-JLS-DFM                              Date: September 13, 2019

Title   Straumann USA, LLC v. TruAbutment, Inc.

Present: The Honorable: **JOSEPHINE L. STATON, United States District Judge**

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Peter Gimino
Andrew Dallman

Attorneys Present for Defendants:
David Kowalski
Roger Chin

**Proceedings: Hearing re Motion for Preliminary Injunction [4]; Defendant's Motion to Dismiss the Complaint [29]**

Hearing held. Oral arguments heard. Matters taken under submission by the Court.

: 50

**Initials of Preparer**