JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAUMANN USA, LLC,<br>    Plaintiff,<br>v.<br>TRUABUTMENT INC.,<br>    Defendant. | Case No. 8:19-cv-00878 JLS (DFM)<br><br>**ORDER OF DISMISSAL** |
| TRUABUTMENT INC.,<br>    Counterclaimant,<br>v.<br>STRAUMANN USA, LLC,<br>    Counterdefendant. | |

Pursuant to stipulation, this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: 04/06/2020

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
United States District Judge